# Affidavit of Truth

On said Date 12/05/2015 I was Arrested and Charged with Dominion/Control of firearm/ Off Weapon by Dom Abuse offender, carrying Weapons and Possession of a Controlled Substance with Intent to Distribute. Heather M. Duffy 01/10/1986 gave a Statement to Investigator Nick Schlosser that the firearms found in her Vehicle belonged to Camron A. Pete 04/28/1992. In my initial Statement to the Aressting officer I gave a Statement that the guns found in Heather's vehicle Were my guns. That statement was given Out of fear, because Camron Pete was Sitting in the backseat with the taurus 9mm Loaded. I DID Not want me or heather to get shot so my initial statement Was given out of fear for me and Heather's Safety. I feel that the AffiDavit that Was Given to me by the Clerk of District Court is missing a few parts such as, When I met with investigator Schlosser

Government Exhibit 1 Case 16-mj-37

Not only did I tell him those guns were not mine but I also told him where Camron got the guns from. Two out of the three the Taurus 9MM and the High point 9MM are both registered under the name Landon Love. Landon Reported the Taurus 9MM Stolen as soon as Camron bought it from him How I know is because he told Camron and I was right there. Now The High Point 9MM was reported Lost after a Day or two Camron bought that one as well The Reason I know this is because the investigator Mr. Schlosser told me. Now Landon and Camron Are good friends, They have been for a long Time If you look on Camron's Facebook Page (Cam Stunt Montana) you will see That they were Just Recently hanging out for New Years. I have Never met Landon before Camron brought me up here, When I was brought here I had no money barley any clothes Guns are not Free there is no way I bought them guns at all. Camron sells weed and alot of IT he is where I got my little weed from I only had eleven bags that I was going to smoke

A bag or two, I take full responsibility for the weed in my pocket. I also told Mr. Schlosser where Camron got the Ruger 9MM from with the long clip. I explained that Camron had possession of the gun used in the Angelia Appartment's shooting and we went to Mackwotetn so he can trade the High Point 45 for the Ruger 9MM with the long clip included. Now you are probably wondering where he got that High Point 45 from. Well Camron has this dealer his name is Justin and he lives in the Angelia Appartments and some boy by the name of PJ tried to rob him pretty much what happened is Justin and PJ was tussling and PJ ended up shooting himself and Justin ended taking the gun from him. How I know this is because Justin came that morning and told Camron and me and later on that day Camron ended up with the gun from that incident. Now as far as the guy who traded the Ruger 9MM for the High Point 45. I do not know his name but the investigator Mr. Schlosser had me look at a line-up of potential persons of interest and I had my eye on one guy in that lineup but I wasn't too sure so Nick told me and my lawyer Chris Welch that he was going to get a lineup with color and that he was going to get back with us but

4)

Now I also told Nick about what happened on Spruce which I was there Now Let me just say I did drive there but i did not know that Camron was going to do that he made it seem like we was going to go over there and just Talk to Rob Now before I go into that let me tell you why I had the high Point in my Possesion Camron allways 9 times out of 10 has them Guns (High point, Ruger, Taurus) on him Why? I Don't know Now if I'm with him he would let me hold on to the High point But at the end of the Day I would allways Give it back to him because they are his overall. Now going back to what happened I'm walking Down the Hill Camron is way behind me In my head I'm like what is he doing I get kind of by the House I hear shots I get scared because I Don't know where shots are comming from I look up the Hill and i see Camron Shooting like he is James Bond and he screamed Out What is you Doing! I felt scared at the moment So I Just Pointed at the house but I swear I can put my hand on the bible and testify that i Did Not fire Not one shot Nor Did i intend to at all. The only reason I Pointed because I felt like Camron would've Shot me if he felt like I wasn't Down with him. I Relized everything I have Done has Not been Perfect, But I been out houst my whole life controlled by fear,

Case 1:16-mj-00037-JSS   Document 13   Filed 08/11/16   Page 4 of 5

4

5)

If I Really Want to change the Direction Of my life.

I Am asking that the Courts Respond to MY Affidavit of truth within (10) Days or Drop the Charges of Dominion/Control of firearm/off Weapon by DoM Abuse Offend and carrying Weapons and my going Armed with Intent to an Accessory.

Reginal D. Dwell

signed before me this 19th day of January, 2016

_____
Notary



CURT SCHULTZ
Commission Number 766775
My Commission Expires
February 18, 2017