**EDMS Form**　　　　　　　　　　　　　　　　　　　　　　　　　05-01-06　　PTI-1F

## FIRST JUDICIAL DISTRICT DEPARTMENT OF CORRECTIONAL SERVICES
## PRE-TRIAL SERVICES

| | |
|---|---|
| Reginald Darnell Shaw, JR | Poss Firearms/Carrying Weapons<br>Drug Possession/Delivery |
| Defendant | Charge(s)　　　　　　　　Bond Set |
| 12/05/2015  03:22 | |
| Date, Time of Arrest | |
| 12/07/2015  06/15 | |
| Interview Date, Time | |
| DLEC | |
| Place of Detention | |

XX　　We have interviewed the defendant but do not have a recommendation, based on the following factors: **FLIGHT RISK,** *No ties to community, substance abuser*

Comments:

**Residence/Time in Area/ Family Ties:**
Present: Moved to Dubuque approximately 2 months ago—lives with co-defendant and co-defendant's girlfriend, who is the primary means of support for all of them
Prior:. Born and raised in Madison WI
**Ties to Community**: NONE

**Employment/Support:**
Education. Dropped out of high school in 12th grade
Employment. Claims he has worked at FOCUS in Dubuque for 1 ½ months

**Character/Mental Health:**
Illegal Substance use/abuse: Admits daily use of THC; admits drinking approximately twice per month. Last use of each was the date of the arrest
Mental or physical health issues. denies

**Criminal Record:**
Self-reported criminal history – Admits Domestic Assault and Child Support arrests in Madison

**Verification:**
NCIC and DLEC records are attached.
10/08/2015 Possession of Controlled Substance in Dubuque
Wisconsin:  04/2010  Criminal Damage to Property
　　　　　　　　　　　Disorderly Conduct
　　　　　　07/2013  Battery—Domestic Abuse Incident

12/07/2015　　　　　　　　　*Rae Ann Kennedy*
　　Date　　　　　　　　　　Probation/Parole Officer/Designee

**Government Exhibit 2**
Case 16-mj-37